ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtor,
Melvin Maurice Person

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| In re: | CHAPTER 13 |
|---|---|
| MELVIN MAURICE PERSON, | Bankruptcy Case No. 12-58539 ASW |
| Debtor. | **FIRST AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

<u>XX</u>   1.   With respect to the monthly plan payments of $100 for months 1 through 7; $807 per month thereafter, those payments shall:
  xx   be suspended for the months of April 2014 and May 2014;
  ___   be increased to  $_____, effective _____
  ___   be decreased to $_____, effective _____
  <u>XX</u>   be changed to: $100 per month from December 2012 through June 2013; $770 per month July 2013 through March 2014; $50 per month from June 2014 through December 2014; and $831 per month thereafter.


___   2.   With regard to secured claims:
  ___   to treat the claim(s) of additional creditors as secured, as follows:
<u>Creditor Name</u>            <u>Value of Collateral</u>         <u>Monthly Pmt (if fixed)</u>      <u>Interest Rate (must be specified)</u>


  ___   to change the treatment of certain secured claims, as follows:
<u>Creditor Name</u>            <u>Value of Collateral</u>         <u>Monthly Pmt (if fixed)</u>      <u>Interest Rate (must be specified)</u>


  ___   to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___ 3. With regard to general unsecured claims, to change the dividend paid:
___ from _____ % to _____ %
___ from a pot plan* of $_____ to a pot plan* of $_____
___ from a percentage plan at ____ % to a pot plan* of $_____
___ from a pot plan* of $_____ to a percentage plan at _____%

* A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

___ 4. Other modifications:

     5. Debtor(s') reason(s) for requesting the above modification are: The debtor is experiencing treatment for significant health issues including the loss of his vision. The debtor is under the care of a doctor for treatment. While the debtor believes he will make a full recovery, he believes he will be unable to work until sometime in December 2014.

     6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: 8/5/2014                                  Respectfully Submitted,

                                                    /s/ Anita Steburg
                                                    Anita Steburg
                                                    Attorney for Debtor