DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Melvin Person

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No. 12-58539 ASW

TRUSTEE'S OBJECTION TO DEBTOR'S
FIRST AMENDED MOTION TO MODIFY
CHAPTER 13 PLAN AND REQUEST FOR
HEARING with CERTIFICATE OF SERVICE

_____
Debtor

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before the above entitled Court to determine whether or not the debtor should be allowed to modify the Chapter 13 plan as requested. The Trustee objects to the debtor's First Amended Motion to Modify Chapter 13 Plan filed on August 5, 2014 for the following reason: The debtor is not in compliance with Section 1322(d), in that the term of the plan exceeds 60 months. The approximate term is 61 months. The Trustee requests that the Motion to Modify be amended.

Dated: August 13, 2014

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

1

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 13, 2014.

Said envelopes were addressed as follows:

| Melvin Person | Steburg Law Firm |
| 1710 Alder Creek Ct | 1798 Technology Dr #258 |
| San Jose, CA 95148 | San Jose, CA 95110 |

/S/ Filipa Gomes
_____
Office of Devin Derham-Burk, Trustee